IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

GREGORY SCOTT STEPHEN,

                Petitioner,

vs.

UNITED STATES OF AMERICA,

                Respondent.

CASE NO. 22-cv-117 -LTS-MAR
CASE NO. 18-cv-31- LTS- MAR

MOTION TO FILE REPLY TO
RESPONSE TO SECTION 2255
MOTION UNDER SEAL

_____

Gregory Scott Stephen, in support of this motion for the filing under seal of the Reply to Response to Section 2255 Motion [D.E. 61] and attachments 1, 2, and 3 thereto under seal, respectfully states as follows:

1.      The case contains references to the PSIR, to the names of victims and victims' family members from the underlying criminal case, and other sensitive materials that should not be viewed by the public.

2.      The victims were minors at the time of the underlying criminal filings.

3.      The Court has allowed previous filings to be filed under seal. The filings include Documents 1, 2, 4, 5, 6, 7, 8, 9, 17, 19, 22, 23, 24, 27, 29, 38 and 39.

WHEREFORE, Mr. Stephen prays that the Court authorize the Clerk to allow filing of his Reply to Response to Section 2255 Motion [D.E. 61] and attachments 1, 2, and 3 under seal.

s/ *Amber Donner*
AMBER DONNER, ATTY AT LAW
Florida Bar No. 600032
RONALD GAINOR, ESQ.
Florida Bar No. 606960
GAINOR & DONNER
3250 Mary Street, Suite 405
Miami, Florida 33133
O: 305-537-2000
C: 303-359-1314
F: 305-537-2001
Email: amber_donner@hotmail.com

s/ *Marcia Silvers*
MARCIA SILVERS, ATTY AT LAW
Law Office of Marcia J. Silvers
Florida Bar No. 0342459
8835 SW 107th Avenue
Suite 285
Miami, FL 33176
Telephone: 305-798-6104
E-mail: marcia@marciasilvers.com

s/ *Stephen A. Swift*
Stephen A. Swift AT00007751
KLINGER, ROBINSON & FORD, L.L.P.
401 Old Marion Road NE
P. O. Box 10020
Cedar Rapids, IA 52410-0020
(319) 395-7400
(319) 395-9041 (Facsimile)
sswift@krflawfirm.com
***Attorneys for the Petitioner***

# CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of May 2025 I electronically filed the foregoing Motion to Seal with the Clerk of Court using the CM/ECF system which will automatically send notification of such filing to all counsel of record.

s/ *Amber Donner*